UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-24183-CIV-O'SULLIVAN
[CONSENT]

OLMAN SOTELO MONTERREY,
JOSE TRUJILLO,

    Plaintiffs,

v.

MIGUEL LOPEZ JR., INC.,
MIGUEL LOPEZ, JR.,

    Defendant.

_____/

## ORDER

THIS MATTER is before the Court pursuant to the Notice of Settlement (DE # 49, 3/6/14). Accordingly, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Thursday, March 13, 2014**, at **11:00 a.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties shall promptly notify the undersigned's Chambers if they wish to attend this hearing by telephone.**

**DONE AND ORDERED** in chambers at Miami, Florida this **7th** day of March, 2014.

                                            JOHN J. O'SULLIVAN
                                            UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record